UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NA LIN, et al,
                      Plaintiffs,

        -against-

CLEAR19 DIAGNOSTICS, LLC, et al.,
                      Defendants.
------------------------------------------------------------X

21 civ 9687 (JGK)

## ORDER

A referral to mediation having been entered on March 11, 2022, all deadlines are stayed pending the outcome of the mediation.

**SO ORDERED.**

                                                         *John G. Koeltl*
                                                   **JOHN G. KOELTL**
                                     **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        March 14, 2022