

Paul A. Pagano, Esq.
Paul@LawOfficePaulPagano.com
(917)589-1479

# Law Office of Paul A. Pagano, P.C.

March 9, 2022

**VIA ECF**
Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Lin v. Clear19 Diagnostics, LLC*
             1:21-cv-09687-JGK (S.D.N.Y.)

Dear Judge Koeltl:

    This firm represents Clear19 Diagnostics, LLC, Clear19 Rapid Testing, LLC, ClearMD, LLC, Dr. Ali Rashan, and Sandeep Kaur Walia (collectively "Defendants") in the above referenced matter. This letter motion is submitted on consent to respectfully request: (1) a referral of the instant litigation to mediation; (2) a 60 day adjournment of the Defendants' time to answer, move, or otherwise respond to the complaint from March 17, 2022 to May 16, 2022; and (3) an adjournment of the initial conference scheduled for March 24, 2022 at 4:00 p.m. to a date of the Court's choosing on or after May 17, 2022.

    As to the request for the adjournment of the initial conference this is Defendants' first request. As to the request for an adjournment of the Defendants' time to answer, move, or otherwise respond, this is Defendants' second request. Defendants' previous request for an extension of time, to answer, move or otherwise respond was granted. The requests are on consent as an attempt towards resolving this case in mediation.

    Thank you for your attention.

                                                     Respectfully submitted,
                                                     *Paul Pagano*
                                                     Paul A. Pagano

cc: All Counsel of Record (VIA ECF)

---

*[Handwritten:]* Time to respond to the complaint extended to May 16, 2022. Conference adjourned to Wednesday, May 18, 2022, at 12:30pm.

SO ORDERED.

3/14/22      *[Signature]*
                  USDJ